| | |
|---|---|
| 1 | Marc D. Cleavinger (Cal. State Bar No.: 133145) |
| | Shari L. Weintraub (Cal. State Bar No.: 195250) |
| 2 | Fredrickson, Mazeika & Grant, LLP |
| 3 | 550 West "C" Street, Suite 1400 |
| | San Diego, CA 92101 |
| 4 | Tel: 619-234-1722 |
| | Fax: 619-234-1759 |
| 5 | e-mail: sweintraub@fmglegal.com |
| | Attorney for Plaintiff Cynthia H. Speetjens |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA H. SPEETJENS, CYNTHIA H. SPEETJENS, ATTORNEY, P.A., THOMAS ROE FRAZIER, II, JOHN DAVIDSON, AND FRAZIER DAVIDSON, P.A. | Case No.: CV 06-02512 CRB |
| Plaintiffs, | **PLAINTIFF CYNTHIA H. SPEETJENS' SUBSTITUTION OF ATTORNEY** |
| vs. | |
| JANET LARSON, AS TRUSTEE OF THE JANET E. LARSON REVOCABLE TRUST, MARNIE E. NEAR, AS TRUSTEE OF THE JANET E. LARSON INSURANCE TRUST, AND JANET LARSON, AS TRUSTEE OF JANE DOE TRUSTS 1-5, | |
| Defendants. | |

**THE COURT AND ALL PARTIES ARE NOTIFIED THAT** Cynthia H. Speetjens makes the following substitution. Former legal representative, G. Clark Monroe II and Dunbar Monroe, PLLC. New legal representative, Shari L. Weintraub and Marc D. Cleavinger and Law Offices of Fredrickson, Mazeika & Grant located at, 550 West "C" Street, Suite 1400, San Diego, California 92101, (619) 234-1722. The party making this substitution is a Plaintiff.

///

///

///

---

PLAINTIFF CYNTHIA H. SPEETJENS' SUBSTITUTION OF ATTORNEY                    CV 06-02512 CRB

```
 1 | consent    his substitution.
 2 | Dated: A    28, 2006
 3 |
 4 |                                              CYNTHIA H. SPEETJENS
 5 |
 6 | I consent    his substitution.
 7 | Dated: A         2006
 8 |
 9 |
10 |                                              G. CLARK MONROE II
11 |
12 | I consent    substitution
13 | Dated: A
14 |
15 |                                     April 27, 2006
16 |                                              SHARI WEINTRAUB
```

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA